IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS BURGOS MELENDEZ, :
    Petitioner, :
                       :     No. 1:17-cv-01769
    v. :
                       :     (Judge Rambo)
WARDEN SPAULDING, :
    Respondent :

## ORDER

**AND NOW**, this 24th day of January 2018, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction;

2. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 7) is **DENIED as moot**; and

3. This case shall remain **CLOSED**.

                                                                      s/Sylvia H. Rambo
                                                                      SYLVIA H. RAMBO
                                                                      United States District Judge